

**Entered on Docket
July 01, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RAUL BANDA,<br><br>Debtor(s). | CASE NO.: BK-S 09-32411-LBR<br>IN CHAPTER 11 PROCEEDINGS<br><br><br>Hearing Date: June 23, 2010<br>Hearing Time: 1:30 P.M. |

### ORDER ON MOTION TO VALUE COLLATERAL, "CRAM DOWN," AND MODIFY RIGHTS OF 9077 ALEX CREEK AVENUE, LAS VEGAS, NEVADA, 89149 PURSUANT TO 11 U.S.C. 506(a) AND 11 U.S.C. 1123(B)(5)

THE ABOVE MATTER having been heard at the time and date above the Court finds as follows:

1. The Debtor's property located at 9077 ALEX CREEK AVENUE, LAS VEGAS, NV 89149 (the "Subject Property") is valued at $115,000.00.

2. That on the filing date of the instant Chapter 11 Petition, AMERICAS SERVICING COMPANY (ACCT. ENDING IN 2052)'s claim was partially unsecured in the amount of $131,560.33.

IT IS THEREFORE ORDERED THAT AMERICAS SERVICING

1

COMPANY (ACCT. ENDING IN 2052)'s claim is bifurcated to a secured claim in the amount of $115,000.00 and a general unsecured claim in the amount of $131,560.33 to be paid pro rata with like unsecured creditors.

**IT IS FURTHER ORDERED THAT** AMERICAS SERVICING COMPANY (ACCT. ENDING IN 2052) is stripped of its secured rights and/or lien-holder rights in the unsecured portion of the bifurcated claim. Therefore, the secured rights in the unsecured portion of the bifurcated claim are hereby terminated and shall be reclassified as a contingent general unsecured claim, which will be discharged only upon successful completion of the confirmed Chapter 11 Plan. This Order shall not alter the rights of this secured party should the case be converted or dismissed.

DATED this 23rd day of June, 2010.

By: /s/ Charles T. Wright
CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
3130 S. Rainbow Blvd. Ste. 304
Las Vegas, NV 89146
*Attorneys for Debtor*

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with LR 9021, counsel submitting this document certifies as follows:

**( )** The Court waived the requirement of approval under LR 9021.
**( )** This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:
**( )** This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:
**( X )** I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

2